IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 9:23-cr-609 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| v. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| QUINTON DARNEL DELANEY, JR. | ) | |
| | ) | **SEALED INDICTMENT** |
| | ) | |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about April 4, 2019, in the District of South Carolina, the Defendant, **QUINTON DARNEL DELANEY, JR.,** knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Glock, Model 17, 9mm pistol and 9mm ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about July 28, 2020, in the District of South Carolina, the Defendant, **QUINTON DARNEL DELANEY, JR.**, knowingly possessed ammunition in and affecting commerce, to wit, 9mm ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about July 11, 2022, in the District of South Carolina, the Defendant, **QUINTON DARNEL DELANEY, JR.**, knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Glock, Model 19, 9mm pistol and 9mm ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about February 25, 2023, in the District of South Carolina, the Defendant, **QUINTON DARNEL DELANEY, JR.,** knowingly possessed ammunition in and affecting commerce, to wit, .40 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

FIREARM OFFENSES:

Upon conviction for the felony violations of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **QUINTON DARNEL DELANEY, JR.**, shall forfeit to the United States all the Defendant's rights, title, and interest in:

(a) Any firearms and ammunition (as defined in 18 U.S.C. § 921)-

 (1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

Firearm:

Glock, Model 19, 9mm pistol
Serial Number: BCHY886

Ammunition:

1. Miscellaneous rounds of 9mm ammunition

2. Miscellaneous rounds of .40 caliber ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A _____True_____ Bill

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

J. Carra Henderson (Fed. ID # 12229)
Special Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29402
Tel.: (843) 727-4381
Fax: (843) 727-4443
Email: carra.henderson@usdoj.gov